Submitted March 16, 1970.  *Paul B. Pollack,* for appellant; *J. Bruce McKissock,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Clark, Appellant.

Submitted April 13, 1970.  *John Henry Clark,* appellant, in propria persona; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Clark, Appellant.

Submitted March 16, 1970.  *Alexander Hemphill,* for appellant; *Richard Max Bockol,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Crable, Appellant.